UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v. NO. 5:26-CR-075-01-H

JOSE MARTIN LEON-PADRON,
Defendant.

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the Defendant, the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and the Defendant's Waiver of 14-Day Objection Period for Plea Before a U.S. Magistrate Judge, the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty and Defendant is hereby adjudged guilty.

Sentence will be imposed in accordance with the Court's scheduling order.

SO ORDERED.

Dated August 14, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE